·THIRD DEPARTMENT, MAY TERM, 1891.

Appellant, v. The Estate of Carrie W. Harris, Respondent.— Judgment affirmed, with costs. Opinion by Dykman, J.

Stewart H. Pink, Respondent, v. William S. Church, as Administrator, etc , Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

James Thompson v. Henry D Leslie.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Frank W. Ehrman, an Infant, etc., Respondent, v. The Brooklyn City Railroad Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York ex rel. George J. Penfield, Appellant, v. Robert George, Commissioner, etc., Respondent.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York ex rel. Thomas McCormack, Appellant, v. Patrick J. Weldon and others, Commissioners, Respondents.— Order denying peremptory writ of mandamus affirmed, with costs. Opinion by Dykman, J.

William Nicoll, Appellant, v. Charles G. Sands and others, Respondents — Judgment affirmed, with costs. Opinion by Pratt, J.

In the Matter of the Widening Washington Street in the City of Poughkeepsie.—Order confirming report of commissioners of assessment affirmed. Opinion by Pratt, J. ; Barnard, P. J., not sitting.

Matter of Estate of Clarissa Darling.— Order reversed, and case remitted to surrogate for further action. Opinion by Pratt, J.

---

# THIRD DEPARTMENT, MAY TERM, 1891.

David McKosker and others, Appellants, v. Emanuel Smith, Respondent.— Order affirmed, with ten dollars costs and printing disbursements.— Opinion by Learned, P. J.

Peter Blake, Respondent, v. John J. Harrigan, Individually and as Executor and others, Appellants.—Order reversed, with ten dollars costs and printing disbursements, and motion for reference denied, with ten dollars costs. Opinion by Landon, J.

Michael Larow, Appellant, v. Nicholas J. Clute, Respondent. — Judgment affirmed, with costs. Opinion by Landon, J.

Margaret Bell and Jennie Hindell, Respondent, v. William Bumstead, Jr., Appellant, Impleaded, etc.'— Order affirmed, with costs. Opinion by Mayham, J.

Jeffry Parris, Respondent, v. The Village of Green Island, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Mayham, J.

James Toomey, Appellant, v The City of Albany, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Margaret Hill, Respondent, v. Frank Froehlick and others, Executors, etc., Appellants. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

James C. Rogers, Respondent, v. William G. Wiley and others, Appellants. — Judgment affirmed, with costs. Opinion by Landon, J.

Charles Stone, Respondent, v. The City of Troy, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Ann C. Ostrander, Respondent, v. John T. Washburn and others, Appellants. —Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

Jacob Parmenter, Respondent, v. John J. Fitzpatrick, Appellant, Impleaded with others. — Judgment and order affirmed, with costs. Opinion by Mayham. J.

Frances E. Williams, Respondent, v. The United States Mutual Accident Association of the City of New York, Appellant. — Judgment and order affirmed, with costs. Opinion by Mayham, J.; Learned, P. J., dissenting.

Charles Shaw and another, Appellants, v. Frank A. Roberts, Respondent. — Judgment of County Court reversed, with costs. Opinion by Landon, J.

Ira Downs, Respondent, v. The Central Vermont Railroad Company, Appellant. — Judgment interlocutory affirmed, with costs, and judgment final for plaintiff; writ of inquiry to issue. Opinion by Learned, P. J.

Mary McC. Hastings, Respondent, v. John Claflin and others, Appellants. — Judgment and order affirmed, with costs. Opinion by Mayham, J.; Landon, J., not acting.

In the Matter of the Petition of George Christie for Appointment of Trustee, etc. — Motion to cancel order denied.

John Morehead and another, as Overseers, etc., Appellants, v. Charles Brown, Respondent. — Motion to go to Court of Appeals denied.

The People of the State of New York, Respondent, v. The Mutual Savings and Distribution Fund Association, Appellant.· — Order affirmed, with ten dollars costs and printing disbursements.

Morris, Tasker & Co , Respondent, v. Lee Chamberlain, Appellant.— Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Sylvester McChesney, Respondent, v. Panama Railroad Company, Appellant —Order affirmed, with ten dollars costs and printing disbursements. Mayham, J., not acting.

Samuel W. Fuller and others, Appellants, v. Owen W. Humphrey, Respondent, Impleaded, etc.— Judgment affirmed, with costs.

The People of the State of New York ex rel. Jane Ellis, Appellant, v. Clinton County Court and others, Respondents.— Order reversed and motion for writ granted, without costs.

The People of the State of New York ex rel. The Troy Press Company, Appellant v. The Common Council of the City of Troy and others, Respondents.— Proceedings reversed, with fifty dollars costs and disbursements personally against the fourteen aldermen who voted for the designation.

Salie Straus, Respondent, v. David Straus. Appellant.— The part of the order appealed from reversed, without costs to either party.

Edmund Deyo, Respondent, v. Foster B. Morss, as Executor, etc., under will of Burton G. Morss, Appellant.— Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs, without prejudice to any application for an injunction. Opinion by Learned, P. J.

William H. Smith, Respondent, v. London and Lancashire Fire Insurance Company of Liverpool, England, Appellant. — Order affirmed, with ten dollars costs and printing disbursements.

The People of the State of New York ex rel. J. J. Fitzpatrick, Appellant, v. The Board of Supervisors of Clinton County, Respondent.— Order affirmed, with ten dollars costs and printing disbursements.

The People of the State of New York ex rel. J. B. White, Appellant, v. The Board of Supervisors of Clinton County, Respondent.— Or-